

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00066-CR

Salvador **ARAUJO-FALCON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 25-02-08905-MCRAJA
Honorable Amado J. Abascal III, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: March 18, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant attempts to appeal his conviction for assault on a public servant. "A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id*. (citing TEX. R. APP. P. 26.2(a)(1)).

The trial court imposed sentence on October 16, 2025.  Because appellant filed a motion for new trial, the notice of appeal was due to be filed on January 14, 2026. TEX. R. APP. P. 26.2(a)(1).  However, appellant did not file his notice of appeal until January 15, 2026, and did not file a motion for extension of time to file the notice of appeal.  "When a notice of appeal is filed within the fifteen-day period [to file a motion for extension of time] but no timely motion for extension of time is filed, the appellate court lacks jurisdiction." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *Ex parte Matthews*, 452 S.W.3d 8, 11 (Tex. App.—San Antonio 2014, no pet.) ("A late notice of appeal may be considered timely and invoke a court of appeals' jurisdiction if '(1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time.'" (quoting *Olivo*, 918 S.W.2d at 522)).  Because appellant did not file a motion for extension of time within fifteen days of the last day allowed for filing the notice of appeal, his notice of appeal is untimely.

On February 2, 2026, we ordered appellant to show cause, on or before February 17, 2026, why this appeal should not be dismissed for lack of jurisdiction.  To date, we have not received a response to our show cause order.  Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

Do not publish.